JEANNE WILSON *v.* WALTER LAFFERTY

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court of Errors, suo motu, that the appeal be and hereby is dismissed.

*Robert R. Petrucelli,* for the appellant (plaintiff).

*Donald J. St. John,* for the appellee (defendant).

Argued December 1—decided December 1, 1964

TIMOTHY G. ENGLISH *v.* PHILIP J. GANSER

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court of Errors, suo motu, that the appeal be and hereby is dismissed.

*James E. Murray III,* for the appellant (plaintiff).

*John J. Darcy,* for the appellee (defendant).